UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Case No. 1:09-cr-250-01

v.

                                          HONORABLE PAUL L. MALONEY

DAMION RURSHE BATES,

        Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

        Defendant Damion Rurshe Bates has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

        Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission.  18 U.S.C. § 3582(c)(2).  Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b).  These modifications were made retroactive effective November 1, 2014.  U.S.S.G. § 1B1.10(c).

        However, the defendant is not eligible for a sentence modification because he was sentenced as a career offender.  As a career offender, the defendant's sentencing guideline range was calculated under U.S.S.G. § 4B1.1, not under U.S.S.G. § 2D1.1 or 2D2.1.  Therefore, Amendment 782 does not retroactively lower the defendant's sentencing guideline range.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Damion Rurshe Bates's motion modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) and for appointment of counsel (ECF No. 43) is **DENIED**.


Date:   March 26, 2015          /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge